UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JOHEB HASSAN**,** on behalf of himself, FLSA Collective Plaintiffs and the Class,

                         Plaintiffs,                21-CV-10262 (JPC) (VF)

       -against-                                **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                        Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Parties shall provide this Court with a joint status update on the status of discovery and mediation by June 30, 2022.

      **SO ORDERED.**

DATED:      New York, New York
                 June 1, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge