# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

| | |
|---|---|
| Writer's Direct: | (212) 465-1188 |
| | cklee@leelitigation.com |

**Via ECF**
The Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Application Granted**
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: 11-14-2022
> Parties are directed to submit a joint status update by December 12, 2022, informing the Court on the status of the mediation.

    Re: *Hassan v. La Grenouille, Inc. et al.*
       Case No. 1:21-cv-10262 (JPC) (VF)

Dear Judge Figueredo:

  We are counsel for Plaintiffs. We write jointly with counsel for the Defendants to request that all deadlines be stayed 45 days so the parties may engage in private mediation.

  The parties met and conferred and have agreed to participate in a class-wide private mediation with Salman Ravala, Esq. The parties have agreed to an in person mediation on November 30, 2022 at 11:30 a.m. Therefore, the parties respectfully request a stay of all deadlines and conferences for 45 days.

  We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF