# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      (212) 465-1188                                    December 14, 2023
                      cklee@leelitigation.com

**Via ECF**

The Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Hassan v. La Grenouille, Inc. et al.*
       Case No. 1:21-cv-10262 (JPC) (VF)

Dear Judge Figueredo:

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: December 15, 2023
The final approval hearing date currently scheduled for March 1, 2024 is **rescheduled for June 10, 2024 at 10:00 a.m.** All other information pertinent to the scheduling remains the same. See ECF No. 54. The Clerk of Court is directed to terminate the motion at ECF No. 55.

We are counsel to Plaintiff and write, jointly with counsel to Defendants to respectfully request an adjournment of the final approval hearing date currently scheduled for March 1, 2024.

The adjournment is necessary to accommodate a revised Notice mailing and administration schedule. As the Court is aware, during the preliminary approval hearing on August 3, 2023 the parties advised the Court that Defendants were in default of their settlement funding obligations as Defendants' restaurant had to unexpectedly close for several months due to a plumbing issue. Based on the expected reopening date of Labor Day, and Defendants' expectation to be able to fund the settlement by mid-November, the parties requested a final approval hearing date several months away and had planned for the administrator to delay the Notice mailing to late November (after Defendants were expected to be able to fund). However, as Defendants were unable to get approval to reopen until early November, 2023, and as Defendants have been unable to fund the settlement to date, the Notice mailing has not yet been effectuated.

Defendants advise that they will be able to fund the settlement by January 7, 2024, and, as such, the parties request the final approval hearing date be adjourned to a date or after June 1, 2024. Such date provides sufficient time for the administrator to mail Notice following Defendants' funding, for class members to opt-out or object, and for Plaintiff to file a motion for final approval detailing the mailing results in advance of the final approval hearing.

This is the first request for adjournment. The request is made jointly and all parties consent to the adjournment request. We thank You Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*

cc: all parties via ECF