UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHEB HASSAN**,** on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                      Plaintiffs,                  21-CV-10262 (JPC) (VF)

         -against-                     **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on April 25, 2024, Cozen O'Conner's motion to withdraw as counsel of record for Defendants is granted. The Clerk of Court is directed to remove John S. Ho and Steven D. Millman from this action's service list.

Defendants are given 60 days, until June 24, 2024, to retain new counsel. The Court notes that a corporate party such as La Grenouille, Inc. cannot appear pro se; and failure of La Grenouille, Inc. to appear through counsel may result in a default judgment.

As also discussed at the conference, the final approval hearing currently scheduled for June 10, 2024, is cancelled.

    **SO ORDERED.**

DATED:    New York, New York
                April 25, 2024

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge