**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JOHEB HASSAN**,** on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                            Plaintiffs,                21-CV-10262 (VF)

        -against-                               **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                            Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        Per the Court's order at ECF No. 67, because Defendants have failed to reappear in this matter, the Court will impose a daily sanction of $100 against Mr. Masson and La Grenouille, Inc., respectively, starting today, April 2, 2025.

        Plaintiff is directed to serve this order on Defendant Masson at his individual address and Defendant La Grenouille, Inc. at the restaurant, if the restaurant remains in operation.

        **SO ORDERED.**

DATED:      New York, New York
                 April 2, 2025

                                                                               VALERIE FIGUEREDO
                                                                                United States Magistrate Judge