**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JOHEB HASSAN**,** on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                        Plaintiffs,                21-CV-10262 (VF)

        -against-                                **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On March 19, 2025, the Court issued an order warning Defendants that if they failed to appear by April 1, 2025, the Court would impose $100 daily sanction against Mr. Masson and La Grenouille, Inc., respectively. ECF No. 67. Because Defendants failed to appear, the daily sanction began accruing on April 2, 2025. ECF No. 68. A conference was scheduled for today. Defendants have still failed to appear. To this date, La Grenouille, Inc. remains unrepresented, and Mr. Masson, who can appear pro se, has not appeared or otherwise notified the Court of his intent to defend this action. Mr. Masson has also not appeared in response to numerous orders from the Court directing his appearance in this case.

      **In an effort to convince Defendants to reappear and defend the action, the Court thus increases the daily sanction to $500 against Mr. Masson and La Grenouille, Inc., respectively, beginning on May 20, 2025. By June 17, 2025, La Grenouille, Inc. is directed to retain counsel and have counsel file a notice of appearance on the docket.** This order is again issued with the intent of persuading Defendants to reappear and participate in the case. If Defendants reappear, the Court will consider vacating the $500 daily sanction award.

A conference is hereby scheduled for **Wednesday, June 18, 2025, at 3:00 p.m.** Please dial (646) 453-4442; access code [535 356 814#]. Each Defendant is directed to appear at the conference at the scheduled time. Plaintiff is directed to serve this order on Defendant Masson by e-mail, text message, and at his individual address, and to Defendant La Grenouille, Inc. at the restaurant or any other known address.

**SO ORDERED.**

DATED:   New York, New York
         May 19, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge