UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHEB HASSAN, on behalf of himself, FLSA Collective Plaintiffs and the Class,

                      Plaintiffs,          21-CV-10262 (VF)

      -against-                      **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed at the conference on June 18, 2025, the deadline for Plaintiffs to move for default judgment is **Tuesday, September 2, 2025.**

      **SO ORDERED.**

DATED:    New York, New York
              June 18, 2025

                                                                  _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge