UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEHEB HASSAN and GEORGE LOPEZ,
*on behalf of themselves and the Class,*

              Plaintiff,

   v.

LA GRENOUILLE, INC. and
PHILIPPE MASSON,

             Defendants.

---

Case No.: 1:21-cv-10262

**[PROPOSED]**
**DEFAULT JUDGMENT**

    This action having been commenced on December 2, 2021, by the filing of the Summons and Complaint. Defendants LA GRENOUILLE, INC. and PHILIPPE MASSON., having failed to comply with several court orders and neglected to proceed, it is

**ORDERED, ADJUDGED, AND DECREED**:

1. That Plaintiffs and the Class have judgment against Defendants LA GRENOUILLE, INC. and PHILIPPE MASSON, jointly and severally, for a total of **$400,000.00** in actual and liquidated damages, and attorneys' fees, as a result of the Defendants' wage violations.

2. That Plaintiff JOEHEB HASSAN has judgment against Defendants LA GRENOUILLE, INC. and PHILIPPE MASSON, jointly and severally, for **$250,000.00** in punitive damages and **$250,000.00** in compensatory damages, for a total of **$500,000.00** in damages as a result of the Defendants' unlawful retaliation against him.

Dated: _____
       New York, New York

_____
Valerie Figueredo
United States Magistrate Judge

This document was entered on the docket on

_____