UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHEB HASSAN, on behalf of himself, FLSA
Collective Plaintiffs and the Class,

                        Plaintiffs,                21-CV-10262 (VF)

     -against-                        **ORDER**

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff filed a default judgment motion on **September 2, 2025**. ECF No. 75. Defendants have not filed an opposition. Defendants are hereby warned that if they fail to respond to the motion for default judgment by **October 6, 2025**, the motion will be deemed fully briefed and the Court will rule on it based solely on Plaintiff's papers. Defendants are further warned that the failure to oppose the motion may result in the entry of a default judgment against Defendants on the merits of Plaintiff's claims.

       **SO ORDERED.**

DATED:     New York, New York
               September 29, 2025

                                                                        VALERIE FIGUEREDO
                                                                       United States Magistrate Judge