# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

June 9, 2026

**Via ECF**

The Honorable Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Hassan v. La Grenouille, Inc. et al.*
> Case No. 1:21-cv-10262 (JPC) (VF)

Dear Judge Figueredo:

We are counsel to Plaintiffs and write to respectfully request an adjournment of the Telephone Conference, currently scheduled for June 17, 2026, at 3:30 p.m. as the undersigned has a conflicting in person status conference in the Eastern District of New York in another matter. Plaintiffs propose to adjourn to any of the following dates: June 18, 2026, June 22, 2026, June 23, 2026, or June 24, 2026.

This is Plaintiffs' first request to adjourn the Telephone Conference.

We thank the Court for its kind consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: June 15, 2026**

The request for an adjournment is GRANTED. A separate order rescheduling the conference will follow. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 82.