**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOHEB HASSAN**,** on behalf of himself, FLSA Collective Plaintiffs and the Class,

Plaintiffs,

-against-

LA GRENOUILLE, INC. AND PHILIPPE MASSON,

Defendants.
-----------------------------------------------------------------X

21-CV-10262 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Consistent with the discussion at this afternoon's conference, Plaintiffs are directed to submit additional support for their motion for default judgment by **Tuesday, September 8, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 75.

**SO ORDERED.**

DATED: New York, New York
July 28, 2026

VALERIE FIGUEREDO
United States Magistrate Judge